IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, and ASTRAZENECA AB,<br><br>Plaintiffs,<br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | Case No. 1:18-cv-731 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedures, Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and AstraZeneca AB (collectively "Plaintiffs" or "AstraZeneca") hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Accord Healthcare, Inc.

1

Dated: November 21, 2018　　　　　　　　Respectfully submitted,

By: /s/ *Lynne A. Borchers*
Lynne A. Borchers
NC State Bar No. 32386
Peter D. Siddoway
NC State Bar No. 45647
**SAGE PATENT GROUP, PLLC**
4120 Main at North Hills Street
Suite 230
Raleigh, NC 27609
OF COUNSEL:　　　　　　　　　　　　Telephone: (984) 219-3358
　　　　　　　　　　　　　　　　　　　Facsimile: (984) 538-0416
Lisa B. Pensabene, Esq.　　　　　　　　Email: lborchers@sagepat.com
Caitlin Hogan, Esq.　　　　　　　　　　Email: psiddoway@sagepat.com
Eberle Schultz, Esq.
**O'MELVENY & MYERS LLP**　　　　　*Attorneys For Plaintiffs, AstraZeneca*
7 Times Square　　　　　　　　　　　　*Pharmaceuticals LP, AstraZeneca UK Limited,*
New York, New York 10036　　　　　　*and AstraZeneca AB*
(212) 326-2000

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court the United States District Court for the Middle District of North Carolina using the CM/ECF filing system, which will send notification via electronic means to all counsel of record.

/s/ *Lynne A. Borchers*
Lynne A. Borchers
NC State Bar No. 32386
**SAGE PATENT GROUP, PLLC**
4120 Main at North Hills Street
Suite 230
Raleigh, NC 27609
Telephone: (984) 219-3358
Facsimile: (984) 538-0416
Email: lborchers@sagepat.com